170 A.3d 336

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v.
JAMES J. MAUTI, DEFENDANT–RESPONDENT.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003551–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 337

STATE OF NEW JERSEY, PLAINTIFF, v. ANTHONY
K. COLE, DEFENDANT–MOVANT.

September 11, 2017

ORDER

It is ORDERED that the motion for leave to file an overlength brief in support of the motion for reconsideration (M–22) is granted.